AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JAMES AVERY CRAFTSMAN, INC., <br><br> *Plaintiff* <br><br> v. <br><br> PRASHANT GURNANI d/b/a ORO GRANDE, et al., <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. SA-09-CV-925-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gianni Deloro, LLC
　　　　　　　　　　　　　　　　　　By serving its registered agent, Zaven Dedeian
　　　　　　　　　　　　　　　　　　635 S. Hill St., Suite 508
　　　　　　　　　　　　　　　　　　Los Angeles, California 90014

　　　　A lawsuit has been filed against you.   Attached to this summons is (1) Plaintiff's Second Amended Complaint, and (2) Agreed Preliminary Injunction.
　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　J. Daniel Harkins
　　　　　　　　Meagan M. Gillette
　　　　　　　　COX SMITH MATTHEWS INCORPORATED
　　　　　　　　112 E. Pecan Street, Suite 1800
　　　　　　　　San Antonio, TX 78205

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ____FEB - 9 2010____   　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*