IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES AVERY CRAFTSMAN, INC., § § Plaintiff, § § v. § § PRASHANT GURNANI d/b/a ORO § GRANDE, et al., § § Defendants. § | Civil Action No. SA-09-CV-925-XR |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO SUBMIT PROPOSED SCHEDULING ORDER**

Before the court is Plaintiff's Unopposed Motion to Extend Time to Submit Proposed Scheduling Order (the "Motion") requesting that the Court extend until March 24, 2010 the deadline for Plaintiff to confer with the Defendants as required by Rule 26(f) of the Federal Rules of Civil Procedure and Local Court Rule CV-16(c) and submit a proposed scheduling order for the Court's consideration. The Court is of the opinion that the Motion should be GRANTED.

Accordingly, the Plaintiff is ordered to confer with the Defendants as required by Rule 26(f) of the Federal Rules of Civil Procedure and Local Court Rule CV-16(c) and to submit a proposed scheduling order for the Court's consideration by March 24, 2010.

SO ORDERED this _____ day of _____, 2010

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2893348.1