IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES AVERY CRAFTSMAN, INC. | § | |
|     Plaintiff, | § | |
|       v. | § | CIVIL ACTION NO. SA-09-CV-925-XR |
| PRASHANT GURNANI d/b/a ORO | § | JURY TRIAL DEMANDED |
| GRANDE; GOLD COIN, INC.; | § | |
| SANJAY RUPANI; RENU KISHIN | § | |
| RUPANI; MARICRUZ ANFIELD, | § | |
| AND GIANNI DELORO, LLC | § | |
| | § | |
|     Defendants. | § | |

### NOTICE OF APPEARANCE OF
### TODD A. PRINS, NATHAN G. ROACH, AND E. JUANITA PELÁEZ-PRADA
### AS COUNSEL FOR DEFENDANT, GIANNI DELORO, LLC

1. Defendant, GIANNI DELORO, LLC, designates as its lead counsel and attorneys to be noticed, Todd A. Prins, Nathan G. Roach, and Juanita Peláez-Prada.

2. Todd A. Prins, Nathan G. Roach, and Juanita Peláez-Prada are each a member in good standing with the Western District of Texas and are admitted to practice before this court.

3. Todd A. Prins' Western District Bar Number is 16330400 and his email is taprins@prinslaw.com. Nathan Roach's Western District Bar Number is 24052985 and his email is nroach@prinslaw.com. Juanita Peláez-Prada's Western District Bar Number is 24065893 and her email is ejpelaez@prinslaw.com. Their office address, telephone numbe, and fax number are as follows: 4940 Broadway, Suite 108, San Antonio, Texas 78209, Telephone: (210) 820-0833, Telecopier: (210) 820-0929.

                        Respectfully submitted,

                        PRINS LAW FIRM
                        4940 Broadway, Suite 108

        San Antonio, Texas 78209
        (210) 820-0833
        (210) 820-0929 fax

        By: /s/ Nathan G. Roach
           **Todd A. Prins**
           SBN/WDBN   16330400
           **Nathan G. Roach**
           SBN/WDBN   24052985
           **E. Juanita Peláez-Prada**
           SBN/WDBN   24065893
           ATTORNEYS FOR DEFENDANT
           GIANNI DELORO, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2010, a true and correct copy of NOTICE OF APPEARANCE OF TODD A. PRINS, NATHAN G. ROACH, AND E. JUANITA PELÁEZ-PRADA AS COUNSEL FOR DEFENDANT, GIANNI DELORO, LLC, was sent via ECF/CM to the following:

J. Daniels Harkins
COX SMITH MATHEWS INCORPORATED
dharkins@coxsmith.com
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

William B. Nash
bnash@jw.com
JACKSON WALKER, L.L.P.
112 E. Pecan, Suite 2400
San Antonio, Texas 78205 (210) 978-7700
(210) 978-7790 (facsimile)

Alonzo Ramos
alonzoramos@msn.com
1004 E. Hillside Rd.
Laredo, Texas 78041

        /s/ Nathan G. Roach
        Nathan G. Roach