**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JAMES AVERY CRAFTSMAN, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.  SA-09-CV-925-XR |
| | § | |
| PRASHANT GURNANI d/b/a ORO | § | |
| GRANDE, GOLD COIN, INC.; SANJAY | § | |
| RUPANI; RENU KISHIN RUPANI; | § | |
| MARICRUZ ANFIELD; and GIANNI | § | |
| DELORO, LLC, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER CONCERNING SETTLEMENT**

On this day, the Court received an Alternative Dispute Resolution Summary that stated that

the parties have settled their dispute.  (Docket Entry No. 44).  To ensure this cause does not remain

on the Court's docket in the absence of a live controversy, the Court ORDERS the parties to submit

a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or

before Friday, August 6, 2010.  *See* FED. R. CIV. P. 41(a).  Should the parties be unable to submit

those documents by that date, they must request an extension of time to file the documents.  Should

the parties fail to file documents for an appropriate disposition of this cause, a show cause order may

issue directing the plaintiff to show cause why this cause should not be dismissed for failure to

prosecute.  *Id*. R. 41(b).

SIGNED this 7th day of July, 2010.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE